No. 05–7531. COLLINS *v.* ROWLEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 05–7532. RIVERA *v.* ERCOLE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–7538. ATAMIAN *v.* BAHAR ET AL. Sup. Ct. Del. Certiorari denied.

No. 05–7542. MARROW *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 05–7545. NICKLEBERRY *v.* PHELPS-SANDERS. C. A. 5th Cir. Certiorari denied.

No. 05–7547. TAYLOR *v.* QUARANTELLO ET AL. Sup. Ct. Fla. Certiorari denied.

No. 05–7556. CLAY-EL *v.* SCHREIER, ASSOCIATE JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 05–7558. PETERSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–7559. CARLEY *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05–7562. DIXON *v.* ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 05–7563. CUMMINGS *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–7566. DOWLER *v.* SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7576. WINKLER *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.